IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

DELANTA FRINK,

Plaintiff,

v.

EMPRESAS Y-NUINA, INC.,
DBA KIKUET,

Defendants.

CIV. NO.: 14-1630(SCC)

**JUDGMENT**

Pursuant to the Joint Stipulation for Dismissal, (Docket No. 41), the claims are dismissed with prejudice, without any award of attorney's fees or costs. The court shall retain jurisdiction to enforce the provisions of the Confidential Settlement Agreement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 30th day of December, 2015.

S/ SILVIA CARREÑO-COLL

UNITED STATES MAGISTRATE JUDGE